IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOSEPH CLARK, ) | |
| ) | |
| Petitioner/Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2003-cv-275-JPG |
| ) | |
| DARLENE VELTRI, ) | |
| ) | |
| Respondent/Defendant. ) | |

## JUDGMENT IN A CIVIL CASE

**Decision by Court.**  This matter having come before the Court on Petitioner Joseph Clark's 28 U.S.C. §2241 petition for habeas corpus, and the Court having rendered its decision,

**IT IS ORDERED AND ADJUDGED** that **JUDGMENT** be entered in favor of Petitioner and against Respondent as to all of the claims in this case.  Petitioner's §2241 motion is therefore **GRANTED**.

**DATE: July 25, 2005.**

**NORBERT G. JAWORSKI, CLERK**

**By:s/Deborah Agans, Deputy Clerk**

**APPROVED:   /s/ J. Phil Gilbert**
             **J. PHIL GILBERT**
             **U.S. District Judge**